```
                                            FILED
                                      CLERK, U.S. DISTRICT COURT

                                            AUG 20 2008

                                      CENTRAL DISTRICT OF CALIFORNIA
                                      BY                    DEPUTY
```

1  LAW OFFICES OF MINASSIAN & BAGHDAIAN, LLP.
   FRED G. MINASSIAN, ESQ. (170974)
2  MELANIE K. BAGHDAIAN, ESQ. (204473)
   Equitable Plaza
3  3435 Wilshire Boulevard., Suite 2180
   Los Angeles, CA 90010
4  (213) 427-8888  FAX (213) 427-8884

**Attorney for Defendant,**
**VARDGES EGIAZARIAN**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 08-2010M |
| Plaintiff, | [PROPOSED] ORDER FOR DEFENDANT TO SUBSTITUTE SURETY |
| vs. | |
| VARDGES EGIAZARIAN | Proposed Date: August 28, 2008 |
| Defendant. | Courtroom of the Honorable CHARLES F. EICK |

The court has considered and approved the request to allow the defendant to substitute Mr. Akop Terteryan in place of Mr. Rafik Tatevosian as the new surety so that Mr. Terteryan can file an Affidavit of Surety Secured by Real Property located at 8066 Vantage Avenue, North Hollywood, California 91605, on or about August 28, 2008.

Accordingly, IT IS HEREBY ORDERED to allow the defendant to substitute Mr. Akop Terteryan in place of Mr. Rafik Tatevosian as the new surety so that Mr. Terteryan can file an Affidavit of Surety Secured by Real Property at 8066 Vantage Avenue, North Hollywood, California 91605, on or about August 28, 2008.

_8/20/08_
DATE

_____
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE